**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **VERNON HILL** | | : | |
| | **Plaintiff** | : | **CIVIL ACTION** |
| | | : | **No.** |
| **v.** | | : | |
| | | : | **PLAINTIFF REQUESTS A** |
| **CLEMENS FOOD GROUP;** | | : | **TRIAL BY JURY** |
| **ABC CORP. 1-10** | | : | |
| | **Defendants** | : | |

## COMPLAINT

### I.    PARTIES

1.    Vernon Hill (hereinafter "Plaintiff") is an adult individual and a citizen of the Commonwealth of Pennsylvania, residing in Philadelphia.

2.    Plaintiff is an African American male, and thus is in a protected class due to his race.

3.    Clemens Food Group (hereinafter "Defendant") is a corporation that is operating in Hatfield, Pennsylvania.

3.    ABC Corporations 1-10 are corporations not yet known who have ownership and/or control over Defendant, and who acted as Plaintiff's employer.

4.     At all times material and relevant to this complaint, defendant was acting by and through its agents, servants, workmen, employees and/or representative who were acting within the course and scope of their employment and/or agency with said defendant.  The conduct, action and/or omissions of the agents, servants, workmen, employees and/or representatives of defendant is imputed to defendant and defendant is fully liable for the conduct, action and/or omissions for its agents, servants, workmen, employees and/or representatives.

## II.   JURISDICTION AND VENUE

4.   Subject matter jurisdiction is appropriate in this Court because this Court has federal question jurisdiction over Plaintiff's 1981 claims and supplemental jurisdiction over Plaintiff's common law claims. Personal jurisdiction is appropriate because the Court has general jurisdiction over the Defendant and specific jurisdiction over matters arising out of Plaintiff's employment.

5.   Venue is appropriate for this action because this is the vicinage where the events underlying this matter took place.

## III.   UNDERLYING FACTS

6.   Plaintiff worked for the Defendant in production.

7.   During his employment with the Defendant, Plaintiff was subjected to racial discrimination.

8.   The discrimination that Plaintiff faced included, but was not limited to, being passed over for a promotion that went to a less qualified white male.

9.   After making a complaint about racial discrimination, Defendant subjected Plaintiff to a campaign of retaliation.

10.   Defendant's retaliation against Plaintiff culminated in his termination for pretextual reasons.

11.   Plaintiff's termination was due to discrimination because of his race, and retaliation for complaining about the discrimination.

**COUNT ONE**
**Racial Discrimination / Termination Under 42 U.S.C. 1981**

12.   Plaintiff, Vernon Hill, incorporates herein, by reference thereto, paragraphs one through eleven inclusive, as though the same were set forth herein at length.

13. Plaintiff was in a protected class due to his race.

14. From the time he started working for the Defendant, Plaintiff was treated differently.

15. Plaintiff suffered from racial discrimination that included being passed over for a promotion due to his race.

16. Plaintiff filed a complaint with human resources about the racial discrimination he faced.

17. After complaining about racial discrimination, Plaintiff was terminated for pretextual reasons.

18. Plaintiff's termination violated 42 U.S.C. 1981 in two ways.

19. First, Plaintiff was terminated because of his race, in violation of 42 U.S.C. 1981.

20. Second, Plaintiff was terminated in retaliation for filing a complaint of race discrimination, in violation of 42 U.S.C. 1981.

**WHEREFORE**, Plaintiff respectfully requests compensatory damages against Defendant and ABC Companies 1-10 in excess of $75,000, together with punitive damages, as well as costs, interest, and other relief the Court may deem appropriate under the circumstances.

## <u>JURY DEMAND</u>

Plaintiff demands a trial by jury.

**MALAMUT & ASSOCIATES, LLC**

/s/ Mark R. Natale
Mark R. Natale, Esquire – PA ID 316939
*Attorneys for Plaintiff, Vernon Hill*
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
856-424-1808
856-295-4888 (f)
mnatale@malamutlaw.com